1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
       1420 E. Cooley Dr., Suite 100
3      Colton, California 92324
4      Telephone: (909) 796-4560
       Facsimile:  (909) 796-3402
5      E-Mail: Bill.latour@verizon.net
6
7  Attorney for Plaintiff

8              UNITED STATES DISTRICT COURT
9      CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10 BRIAN NELSON,                       )   No.  EDCV 10-804 MAN
11                                     )
                                       )
12      Plaintiff,                     )   <u>ORDER AWARDING EAJA FEES</u>
                                       )
13      v.                             )
                                       )
14                                     )
   MICHAEL J. ASTRUE,                  )
15 Commissioner Of Social Security,    )
16                                     )
        Defendant.                     )
17 _____

18      Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19      IT IS ORDERED that EAJA fees are awarded in the amount of TWO
20 THOUSAND ONE HUNDRED SIXTY NINE DOLLARS AND NO/100 ($2,169.00)
21 subject to the terms of the Stipulation.
22      DATE:  September 23, 2011
23                                              *Margaret A. Nagle*
                                        _____
24                                         MARGARET A. NAGLE
25                                         UNITED STATES MAGISTRATE JUDGE

-1-